IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ROBERT MILLER, #866293, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:20-cv-662-JDK-KNM |
| UNIVERSITY OF TEXAS MEDICAL BRANCH, et al., | § § § § | |
| Defendants. | § § § | |

**FINAL JUDGMENT**

The Court, having considered Plaintiff's case and rendered its decision by opinion issued this same date, hereby enters **FINAL JUDGMENT**.

It is **ORDERED** that Plaintiff's case is **DISMISSED WITH PREJUDICE** for failure to comply with the court orders in *Miller v. University of Texas Medical Branch Hospital*; No. 6:18-cv-41-C (N.D. Tex. Nov. 13, 2018) and *Miller v. University of Texas Medical Branch*, No. 6:20-cv-223 (E.D. Tex. June 16, 2020).

The Court reiterates that Plaintiff is **BARRED** from filing any new civil action or lawsuit in this Court or any other court that is removable or transferrable to this Court unless and until he obtains advanced written permission from a United States District Judge or Fifth Circuit Judge expressly authorizing the filing of such lawsuit or civil action. Any request for permission to file a lawsuit must be accompanied by: (1) a proposed, completed complaint on the proper form, and (2) full payment of the applicable filing fee.

All pending motions are **DENIED** as **MOOT**. The Clerk of the Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **3rd** day of **February, 2021.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE